617 A.2d 1214

STATE OF NEW JERSEY v. VALENTINA SIECK.

STATE OF NEW JERSEY v. RICHARD FOLEY.

October 7, 1992.

## ORDER

This matter having been duly considered and the Court having determined that certification was improvidently granted, 127 *N.J.* 559, 606 *A.*2d 370;

It is ORDERED that the within appeal be and hereby is dismissed.

617 A.2d 1214

SEAN LANT v. JOHN MARCELLO, v. GETTY PETROLEUM CORP.

October 7, 1992.

## ORDER

This matter having been duly considered and the Court having determined that certification was improvidently granted; 127 *N.J.* 535, 606 *A.*2d 354 (1992).

It is ORDERED that the within appeal be and hereby is dismissed.